HUNTER AMBULANCE SERVICE, INC., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 01–5027.

United States Court of Appeals, Federal Circuit.

Feb. 6, 2001.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Shirl PETTRO, Plaintiff–Appellee,

v.

UNITED STATES, Defendant– Appellant.

No. 01–5013.

United States Court of Appeals, Federal Circuit.

Feb. 6, 2001.

ON MOTION

ORDER

The United States moves to voluntarily dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) The United States' motions for an extension of time are moot.

(3) Each side shall bear its own costs.